**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** | **Case No.: 17-00542** |
| **Jeffrey Howard Watson** | **Chapter: 13** |
| **Debtor/Movant** | |

## MOTION TO CONVERT CASE TO CHAPTER 11

Comes now the Debtor, Jeffrey Howard Watson, through the undersigned counsel, and moves this Court to enter an order allowing Debtor to convert the above Chapter 13 case to a case under Chapter 11 on the grounds set forth below:

1. On September 26, 2017, Debtor filed for relief pursuant to Chapter 13 of the United States Bankruptcy Code and the case was assigned number **17-00542** (the "Case").

2. That prior to filing this matter under Chapter 13, the undersigned believed, based on the information provided by the Debtor at that time, that Chapter 13 was appropriate considering Debtor's circumstances. In particular, following the initial meeting with the Debtor, the understanding was that Debtor had a considerable self employment income, and that his total secured debts were slightly more than $1,000,000.00.

3. That after filing the petition on the date noted above, Debtor was asked to produce a number of documents, including current mortgage statements and other documents related to his matter.

4. Debtor did not return to the undersigned at the appointed time, and was inaccessible by phone for about two - three weeks following the filing.

5. On or about October 17, 2017, the undersigned was able to reach Debtor by phone and he explained that he had family and business related situations, and had been away in Puerto Rico, and was affected by the hurricane.

6. That Debtor's absence made it impossible to complete and file the Schedules at an earlier time.

7. That upon production of the documents in this case and review of the information Debtor has provided as well as the Schedules, the undersigned now believes that the Chapter 13 is not appropriate under the Debtor's present circumstances. The bases for the foregoing conclusion are; (i) Debtor does not have enough resources to fund a Chapter 13 Plan, and (ii) most importantly his secured debts exceed the statutory limits for a Chapter 13.

8. Ultimately, Debtor intends to sale his real property and use the proceeds to repay his debts.

9. The trustee appointed in this case is Nancy Spencer Grigsby.

10. Debtor avers that this case has not been previously converted.

11. Debtor avers that the motion is filed in good faith, and that Debtor is eligible for relief under the Chapter 11.

12. The undersigned and Debtor now believe that conversion of the within case from Chapter 13 to Chapter 11 would be in the best interests of the Debtor and the estate, especially the Debtor's creditors..

WHEREFORE, Debtor requests the Court for an entry of an order converting this case from Chapter 13 to Chapter 11.

Dated: November 5, 2017.

Respectfully Submitted
Jeffrey Howard Watson
By Counsel

/s/ Eric Nwaubani
Eric Nwaubani, Esq.
Law Group International
1629 K Street, NW #300
Washington, DC 20006
Tel: (202) 446-8050
Bar #: 1011872

## CERTIFICATE OF SERVICE

I, Eric Nwaubani, Esq., hereby certify that on November 5, 2017 a true copy of the above response was sent electronically via the CM/ECF, and/ or mailed first class mail, postage prepaid to:

Nancy Spencer Grisgby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
NGRIGSBY@CH13MD.COM.

Internal Revenue Service
P.O. Box 8208
Philadelphia, PA 19101

Select Portfolio Services
P.O.Box 65250
Salt lake City, UT 84165

Sam Hollander


November 5, 2017                    /s/Eric Nwaubani
                                    Eric Nwaubani, Esq.