The document below is hereby signed.

Signed: December 28, 2017



*S. Martin Teel Jr.*

S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JEFFREY HOWARD WATSON, | ) | Case No. 17-00542 |
| | ) | (Chapter 11) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |

MEMORANDUM DECISION AND ORDER RE
APPLICATION TO PAY CONVERSION FEE IN INSTALLMENTS

The fee for converting this case from chapter 13 to chapter 11 may be paid in installments, with the petition date being treated as September 26, 2017, the date of filing of the original petition under chapter 13. *See In re Harris*, 2008 WL 458730 (Bankr. D.D.C. 2008). However, the time period for paying in installments under Fed. R. Bankr. P. 1006(b)(2) is 120 days after the filing of the petition. The 120-day period will expire on January 24, 2018. Under Rule 1006(b)(2), a debtor seeking to enlarge the 120-day period must request an extension from the court and must demonstrate cause. In addition, Rule 1006(b)(2) requires that if an extension is granted, the last installment must be paid no later than 180 days after the filing of the petition, which in this case would be February 25, 2017. The

debtor's application impermissibly seeks to have until April 27, 2018, which is 213 days after filing of the petition, to complete paying the conversion fee.  Moreover, the application shows no cause for extending the deadline beyond 120 days.  The application sought to pay an initial installment of $365 by December 15, 2017, but that payment does not appear to have been made.  It is

    ORDERED that the debtor's application (Dkt. No. 35) is granted in part as follows and otherwise denied.  It is further

    ORDERED the debtor shall complete payment of the fee for converting the case to chapter 11 by January 24, 2018, by paying an initial installment of $365 by January 5, 2018; a second installment of $189 by January 11, 2018; a third installment of $189 by January 17, 2018; and a final installment of $189 by January 24, 2018.

                                              [Signed and dated above.]

Copies to: Debtor by hand-mailing; Debtor's attorney; Recipients of e-notification of filings.